IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **RONNIE LEE MC DANIEL,**<br><br>             Plaintiff,<br><br>vs.<br><br>**SALT LAKE CITY POLICE DEPARTMENT, ROSS C. ANDERSON, Mayor, JON HUNTSMAN, JR., Governor, STATE OF UTAH,**<br><br>             **Defendants.** | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No.  2:07CV908 DAK |

On March 7, 2008, the Magistrate Judge issued a Report and Recommendation in this matter, recommending that the Complaint be dismissed for failure to set forth a federal claim upon which relief can be granted.

Plaintiff has not filed any objection to the Report and Recommendation, and the time for doing so has now passed.  The court has reviewed the file *de novo* and agrees that Plaintiff has failed to state a claim upon which relief can be granted.   The court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED, and the Clerk of the Court is directed to close this case.

DATED this 26th day of March, 2008.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge